Eric **GORDON** et al., Plaintiffs-
Appellants,

v.

Honorable Moon **LANDRIEU** et al.,
Defendants-Appellees.

No. 30476.

United States Court of Appeals,
Fifth Circuit.

March 17, 1971.

Rehearing Denied and Rehearing En
Banc Denied April 28, 1971.

————◆————

Ronald J. Rakosky, New Orleans, La.,
for plaintiffs-appellants.

Blake G. Arata, and Joseph J. Laura,
Jr., City Attys., Robert Tracy, Asst. City
Atty., New Orleans, La., for defendants-
appellees.

Before GEWIN, BELL and ALDI-
SERT,* Circuit Judges.

PER CURIAM:

In this case the district court declared
certain ordinances of the City of New
Orleans, Louisiana unconstitutional and
permanently enjoined their enforcement.
The court also declared other ordinances
of the city constitutionally valid and de-
nied injunctive relief. In their com-
plaint against the Mayor, City Attorney
and Superintendent of Police, individual-
ly and in their respective official capaci-
ties, the appellants alleged that they had
been arrested and charged with violation
of the ordinances in question. They
sought relief for themselves and all oth-
er citizens who had been arrested and
charged under the ordinances, or who
were threatened with future arrests.

It is sufficient to state that the ordi-
nances in question relate to vagrancy,
loitering, and the duty to "move away"
after having been directed to do so by a
police officer. On oral argument this
court was informed that the prosecu-
tions in question have been dismissed
and that no prosecutions are threatened.
Moreover, the ordinances have now been
repealed.

In our view the district court should
not have considered the case on the mer-
its but should have dismissed the com-
plaint. Younger v. Harris, 401 U.S. 37,
91 S.Ct. 746, 27 L.Ed.2d 669 (1971)
[No. 2, Feb. 23, 1971]; Boyle v. Landry,
401 U.S. 77, 91 S.Ct. 758, 27 L.Ed.2d
696 (1971) [No. 4, Feb. 23, 1971];
Samuels v. Mackell, 401 U.S. 66, 91 S.
Ct. 764, 27 L.Ed.2d 688 (1971) [Nos. 7
and 9, Feb. 23, 1971]; Dyson v. Stein,
401 U.S. 200, 91 S.Ct. 769, 27 L.Ed.2d
781 (1971) [No. 41, Feb. 23, 1971];
Perez v. Ledesma, 401 U.S. 82, 91 S.
Ct. 674, 27 L.Ed.2d 701 (1971) [No. 60,
Feb. 23, 1971]; Byrne v. Karalexis, 401
U.S. 216, 91 S.Ct. 777, 27 L.Ed.2d 792
(1971) [No. 83, Feb. 23, 1971]. We va-
cate the order and judgment of the dis-
trict court, and remand the case with

* Of the Third Circuit, sitting by designation.

directions to dismiss the complaint for failure to state an appropriate claim for intervention by the United States District Court.

Vacated and remanded with directions.

## ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.